ROBERT J. REYNOLDS (CA Bar No. 151243)
LAW OFFICE OF ROBERT J. REYNOLDS
16950 Via de Santa Fe, Suite 5060-145
Rancho Santa Fe, CA 92091
(619) 261-3393
rjr@robertjreynolds.com

PHILIP A. SECHLER (DC Bar No. 426358)
MATHEW W. HOFFMANN (VA Bar No. 100102)
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
(571) 707-4655
psechler@ADFlegal.org
mhoffmann@ADFlegal.org

MARK LIPPELMANN (AZ Bar No. 036553)
ALLIANCE DEFENDING FREEDOM
15100 N 90th Street
Scottsdale, AZ 85260
(480) 444-0020
mlippelmann@adflegal.org

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Holy Sexuality**, <br> Plaintiff, <br> v. <br> **Asana, Inc.**, <br> Defendant. | Case No. '25CV0345 W   JLB <br><br> **COMPLAINT** <br><br> **DEMAND FOR JURY TRIAL** |

1

# INTRODUCTION

1. Plaintiff Holy Sexuality is a Christian nonprofit based in Texas that uses video courses to teach young people and their families about biblical principles on human sexuality.

2. To operate more effectively, Holy Sexuality contacted Defendant Asana, Inc., a San Francisco-based tech company, and requested Asana's 50% nonprofit discount for its project management software.

3. Asana denied that discount to Holy Sexuality because "organizations that are … religious … in nature aren't eligible." Asana denied the discount under its *Religious Discrimination Policy*, published on its website, which categorically refuses the discount to any "[r]eligious organizations that exist to solely propagate a belief in a specific faith."

4. Both this categorical denial and Asana's published policy are invidious religious discrimination. And both are illegal under California's Unruh Civil Rights Act: all people in California "no matter what their … religion … are entitled to … full and equal" treatment from businesses. Cal. Civ. Code § 51(b).

5. People of faith aren't second-class citizens in California, and tech companies in San Francisco cannot provide lesser services to customers simply because they are religious.

6. This Court should thus grant judgment in favor of Holy Sexuality, declare Asana's discriminatory denial and published policy unlawful, enjoin that policy, order Asana to remove its discriminatory advertisements and to reconsider Holy Sexuality's application, and award Holy Sexuality damages and attorney's fees.

## JURISDICTION, PARTIES, AND VENUE

7. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332.

8. Plaintiff Holy Sexuality is a 501(c)(3) religious nonprofit organization incorporated under the laws of the State of Texas with its principal place of business in Texas. It is a citizen of Texas.

9. Defendant Asana, Inc. is a Delaware corporation with its principal place of business at 633 Folsom Street, Suite 100, San Francisco, California 94107. It is a citizen of Delaware and California.

10. The amount in controversy, including current and future recoverable attorney's fees, exceeds $75,000.

11. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions described in this Complaint occurred in this district.

## FACTUAL ALLEGATIONS

### I. Holy Sexuality empowers families to celebrate biblical sexuality.

12. Dr. Christopher Yuan founded Holy Sexuality to provide resources for adults, teens, and children to understand, embrace, and celebrate biblical sexuality.

13. In his early life, Dr. Yuan was an agnostic who elevated his identity in his sexuality as a gay man above his true identity as a child of God.

14. Dr. Yuan left home to pursue dental school, became addicted to drugs, and then began dealing drugs to support his addiction. His attendance and grades plunged. Three months before graduation, his school expelled him.

15. Two years after his expulsion, twelve law enforcement agents raided his house for drugs. Instead of graduating and becoming a dentist, he went to federal prison for six years.

16. While in prison, he discovered a copy of the New Testament and began to read the Gospel of Mark, which planted the seed of his conversion.

17. A few days later, he was diagnosed with HIV. Devastated and lying in his cell, he discovered a note written on the top of his bunk bed. It said, "If you're feeling bored, read Jeremiah 29:11."

18. Jeremiah 29:11 says, "'For I know the plans I have for you,' declares the Lord, 'plans to prosper you and not to harm you, plans to give you hope and a future.'"

19. Dr. Yuan read the verse and found hope. He knew that regardless of what he had done in the past, God could still have a plan for him.

20. That began a gradual process of becoming a Christian and God setting him free from his drug addiction.

21. While still in prison, he applied to and began to attend a Bible college. After his release, he taught at the college for twelve years and became a pastor and accomplished speaker.

22. Over the past several years, Dr. Yuan has seen much confusion in the ongoing societal debate surrounding gender identity and sexual orientation. He recognized that these issues pose difficult questions for families, and he wanted to provide a home discipleship resource for families to use to understand the Bible's teaching on human sexuality.

23. In March 2023, Dr. Yuan founded Holy Sexuality to provide that needed education.

1       24.     Holy Sexuality is a Christian ministry that lives out its faith
2 by creating content to educate about biblical teachings.
3       25.     Holy Sexuality offers a twelve-lesson video curriculum
4 designed for parents to watch with their teenagers. Dr. Yuan serves as
5 the instructor for the videos, which discuss biblical teachings on
6 sexuality. Those teachings include God's design for marriage as a lifelong
7 union between one man and one woman. They also include that God
8 immutably creates each person as male or female; these two distinct,
9 complementary sexes reflect the image of God; and rejection of one's
10 biological sex is a rejection of being made in the image of God.
11      26.     Holy Sexuality believes that its videos will help promote true
12 happiness and flourishing for young people.
13      27.     Holy Sexuality designed its videos for a Christian audience,
14 but anyone can purchase the curriculum online at HolySexuality.com for
15 $20.
16      28.     Dr. Yuan is Holy Sexuality's executive director and only
17 employee.
18      29.     Dr. Yuan does not receive a salary from Holy Sexuality.
19      30.     Dr. Yuan resides in San Diego County and performs work for
20 Holy Sexuality from San Diego County.
21 **II.    Asana discriminates against religious nonprofits.**
22      31.     Asana creates and sells subscriptions to project management
23 software to the general public. Its software allows users to develop
24 workflows and automated processes, set goals, track work across teams,
25 and manage resources.
26      32.     Asana claims on its website that 85% of Fortune 100
27 companies use its software. Asana has over 150,000 paying company
28 subscribers in over 200 countries and territories. And its software has

1 over 2.5 million weekly active users. Asana currently has a market
2 capitalization of over $5.3 billion. In its last fiscal year, Asana had over
3 $650 million in revenue.

4     33. Asana offers its software on a subscription model. It sells its
5 Starter software package for $10.99 per user per month billed annually
6 (or $13.49 per user billed monthly). It sells its Advanced software
7 package for $24.99 per user per month billed annually (or $30.49 per user
8 billed monthly).

9     34. Asana offers a 50% discount on its subscriptions to nonprofits.
10 To qualify, nonprofits must: have 501(c)(3) status; not be an education or
11 academic institution, hospital, hospital auxiliary, nurse register, mutual
12 organization, or credit union; and not "advocate, support, or practice
13 discrimination based on age, ethnicity, gender, national origin, disability,
14 race, size, religion, sexual orientation, or socioeconomic background." Ex.
15 A at 2.

16     35. But, under its *Religious Discrimination Policy*, Asana denies
17 that discount to "[r]eligious organizations that exist to solely propagate a
18 belief in a specific faith." *Id.*

19     36. Nonprofits apply for the discount by completing a form on
20 Asana's website, Asana.com. *See* Ex. B.

21     37. Asana advertises on its website that its nonprofit discount
22 "lasts forever unless [the nonprofit] choose[s] to leave Asana." Ex. C at
23 16.

24 **III. Asana denies a discount to Holy Sexuality because it is
25      "religious" while offering the discount to secular non-
     profits.**

26     38. Holy Sexuality wanted to purchase Asana's project
27 management software to help it operate more efficiently and effectively.
28

6

39. At or around 5:45 pm on December 30, 2024, Dr. Yuan, on behalf of Holy Sexuality, applied for Asana's nonprofit discount from San Diego County by completing the form on Asana's website.

40. Holy Sexuality planned to use Asana Advanced for 6 users.

41. That same minute, Asana denied Holy Sexuality's discount request under its *Religious Discrimination Policy*.

42. Dr. Yuan received the denial email while in San Diego County.

43. The email informed Dr. Yuan that Holy Sexuality "isn't eligible for the nonprofit discount" because "organizations that are … religious … in nature aren't eligible." Ex. D at 17–18.

44. Holy Sexuality met all other requirements for Asana's nonprofit discount.

45. Asana grants a nonprofit discount to other comparable secular nonprofits.

46. For example, Asana granted San Francisco AIDS Foundation a nonprofit discount.

47. San Francisco AIDS Foundation is a secular and otherwise similarly situated nonprofit to Holy Sexuality.

48. San Francisco AIDS Foundation opposes Holy Sexuality's religious beliefs. On its website, Asana posted a "case study" of San Francisco AIDS Foundation's use of Asana. That study features a picture of the Sisters of Perpetual Indulgence, which claims to be an "Order of queer and trans nuns." *See* Ex. E at 19, 25. The Sisters of Perpetual Indulgence are males whose dress and actions mock those of Catholic nuns, who are exclusively female.

49. Asana also provides a nonprofit discount to The Trevor Project, which is a secular and otherwise similarly situated nonprofit to Holy Sexuality.

50. The Trevor Project opposes Holy Sexuality's religious beliefs. On its website, Asana features The Trevor Project as a "case study." Ex. F at 30.

51. The Trevor Project advocates for a view of sexuality contrary to biblical principles and Holy Sexuality's religious beliefs, including that people can have gender identities different from their sex. The Trevor Project encourages young people to explore various gender identities, such as transgender, nonbinary, "genderfluid, genderqueer, polygender, bigender, demigender, agender, and many others." Ex. G at 53.

52. Asana grants a nonprofit discount to other religious nonprofits.

53. For example, Asana grants a nonprofit discount to Islamic Relief of Canada and features a case study about that group on its website. Ex. H at 84.

54. Islamic Relief Canada advertises that it "remain[s] guided by the timeless values and teachings of the Qur'an and the prophetic example." Ex. I at 92.

**IV. Asana's discriminatory denial has injured and continues to injure Holy Sexuality.**

55. Asana's denial means that to access the Advanced product, Holy Sexuality must pay $24.99 per user per month instead of $12.50 per user per month.

56. Holy Sexuality expects it would have used Asana Advanced for at least 6 users for 10 years.

8

57. Under the Unruh Act, Holy Sexuality is entitled to treble damages. Cal. Civ. Code § 52(a).

58. Asana engaged in intentional, malicious, and outrageous religious discrimination against Holy Sexuality pursuant to its facially discriminatory *Religious Discrimination Policy*.

59. Asana's *Religious Discrimination Policy* remains in effect.

60. Asana's website is publicly advertising its *Religious Discrimination Policy*.

61. Anyone with an internet connection can access Asana's website and view its *Religious Discrimination Policy*.

62. Upon information and belief, Asana's *Religious Discrimination Policy* is causing ongoing harm to otherwise qualifying religious nonprofits which desire to apply for the nonprofit discount.

63. Upon information and belief, Asana's *Religious Discrimination Policy* is currently deterring otherwise qualifying religious nonprofits from applying for the nonprofit discount.

64. Holy Sexuality would immediately apply again for Asana's nonprofit discount but for Asana's *Religious Discrimination Policy*.

65. Holy Sexuality continues to meet all other requirements to receive Asana's nonprofit discount.

## CLAIM
### Count One
### Violation of the Unruh Act (Cal. Civ. Code § 51).

66. Plaintiff repeats and realleges each of the allegations contained in paragraphs 1–65 of this Complaint.

67. California's Unruh Civil Rights Act guarantees that "[a]ll persons within the jurisdiction of" California "no matter what their … religion … are entitled to the full and equal accommodations, advantages,

facilities, privileges, or services in all business establishments of every kind whatsoever." Cal. Civ. Code § 51(b).

68. The Act creates and preserves a nondiscriminatory environment in California businesses by banishing and eradicating arbitrary, invidious discrimination.

69. The Act stands as a bulwark protecting each person's inherent right to full and equal access to all businesses.

70. The Unruh Act defines "[r]eligion" to "include[ ] all aspects of religious belief, observance, and practice." Cal. Civ. Code § 51(e)(5).

71. Asana qualifies as a "business establishment[ ]" under the Unruh Act.

72. By categorically denying a discount to a "religious" nonprofit but granting the same to other nonprofits, Asana denied Holy Sexuality "the full and equal" benefit of its product.

73. Holy Sexuality's religion was at least a substantial reason for Asana's denial of the nonprofit discount.

74. Asana's publication and enforcement of its *Religious Discrimination Policy* also independently violate the Unruh Act.

75. Asana's *Religious Discrimination Policy* denies "religious" nonprofits the "full and equal" benefit of its products.

76. Asana's religious discrimination was and remains unreasonable, especially because Asana grants discounts to nonprofits who hold views opposite to Holy Sexuality's and grants discounts to other religious nonprofits.

77. Asana's religious discrimination was and remains arbitrary, especially because Asana grants discounts to nonprofits who hold views opposite to Holy Sexuality's and grants discounts to other religious nonprofits.

78. Asana's denial of Holy Sexuality's discount request had no legitimate business interest.

79. Asana's *Religious Discrimination Policy* has no legitimate business interest.

80. Holy Sexuality is thus entitled to general and special damages, treble damages, a permanent injunction, declaratory relief, and attorney's fees under the Unruh Act. *See* Cal. Civ. Code § 52.

## **PRAYER FOR RELIEF**

Plaintiff Holy Sexuality respectfully requests that this Court enter judgment against Defendant Asana, Inc. and provide Plaintiff with the following relief:

(A) A declaratory judgment that:
  i. Defendant violated the Unruh Act by denying Plaintiff the nonprofit discount;
  ii. Defendant's *Religious Discrimination Policy* violates the Unruh Act; and
  iii. Defendant's publication of its *Religious Discrimination Policy* violates the Unruh Act.
(B) A permanent injunction prohibiting Defendant, its agents, officials, servants, employees, and any other persons acting on its behalf from enforcing, publishing, or advertising its *Religious Discrimination Policy* or any materially similar policy;
(C) General and special damages;
(D) Plaintiff's reasonable attorney's fees, costs, and disbursements; and
(E) All other further relief to which Plaintiff may be entitled.

Respectfully submitted this 18th day of February 2025.

By: *s/ Robert J. Reynolds*

ROBERT J. REYNOLDS
CA Bar No. 151243
rjr@robertjreynolds.com
LAW OFFICE OF ROBERT J. REYNOLDS
16950 Via de Santa Fe
Suite 5060-145
Rancho Santa Fe, CA 92091
(619) 261-3393
(815) 642-9527 Fax

PHILIP A. SECHLER
DC Bar No. 426358*
psechler@ADFlegal.org
MATHEW W. HOFFMANN
VA Bar No. 100102*
mhoffmann@ADFlegal.org
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
(571) 707-4655
(571) 707-4656 Fax

MARK LIPPELMANN
AZ Bar No. 036553*
mlippelmann@adflegal.org
ALLIANCE DEFENDING FREEDOM
15100 N 90th Street
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028 Fax

*Pro Hac Vice application filed simultaneously*

*Attorneys for Plaintiff*

## DEMAND FOR TRIAL BY JURY

Plaintiff demands trial by jury of all matters so triable herein.

By: *s/ Robert J. Reynolds*
ROBERT J. REYNOLDS
rjr@robertjreynolds.com
*Attorney for Plaintiff*