1  ROBERT J. REYNOLDS (CA Bar No. 151243)
   LAW OFFICE OF ROBERT J. REYNOLDS
2  16950 Via de Santa Fe, Suite 5060-145
3  Rancho Santa Fe, CA 92091
4  (619) 261-3393
5  PHILIP A. SECHLER (VA Bar No. 99761)
   MATHEW W. HOFFMANN (VA Bar No. 100102)
6  ALLIANCE DEFENDING FREEDOM
7  44180 Riverside Parkway
   Lansdowne, VA 20176
8  (571) 707-4655
9  *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| **Holy Sexuality**, | Case No. 3:25-cv-00345-AGS-JLB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| **Asana, Inc.**, | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Holy Sexuality and Defendant, Asana, Inc. stipulate to dismiss this action with prejudice and with each party to bear its own costs and fees.

1 | Respectfully submitted this 16th day of April, 2025.

*s/Scott T. Lonardo*
SCOTT T. LONARDO
CA Bar No. 285001
scottlonardo@asana.com
ASANA, INC.
633 Folsom Street
Suite 100
San Franscisco, CA 94107

***Attorney for Defendant***

*s/Mathew W. Hoffmann*
PHILIP A. SECHLER
VA Bar No. 99761*
psechler@ADFlegal.org
MATHEW W. HOFFMANN
VA Bar No. 100102*
mhoffmann@ADFlegal.org
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
(571) 707-4655
(571) 707-4656 Fax

MARK LIPPELMANN
AZ Bar No. 036553*
mlippelmann@adflegal.org
ALLIANCE DEFENDING FREEDOM
15100 N 90th Street
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028 Fax

ROBERT J. REYNOLDS
CA Bar No. 151243
rjr@robertjreynolds.com
LAW OFFICE OF ROBERT J. REYNOLDS
16950 Via de Santa Fe
Suite 5060-145
Rancho Santa Fe, CA 92091
(619) 261-3393
(815) 642-9527 Fax

**Admitted Pro Hac Vice*

***Attorneys for Plaintiff***